**NAME: ANTONY AENEAS DANIELS**
**DATE: 01-05-2022**
**CASE: 1:19-CV-03110**
**SUBJECT: AMENDED COMPLAINT**



via electronic submission

I, Antony Aeneas Daniels, am filing an amended complaint against former employer American Airlines Inc.

**Reasons for Complaint:**

1. Plaintiff Antony Aeneas Daniels was terminated as a result of being a whistleblower. Though New York is an "at-will" state when it comes to matter of employment, EMPLOYERS ARE NOT ALLOWED TO TERMINATE EMPLOYEES SIMPLY BECAUSE THE EMPLOYEE ACTED AS A WHISTLEBLOWER BEFORE BEING TERMINATED. American Airlines is guilty of failure to act. This is covered in legal code **PEN § 195.00** Plaintiff Antony Aeneas Daniels wrote a letter to CEO Douglas Parker at American Airlines, and informed him that he was illegally terminated from employment at American Airlines Inc. CEO Douglas Parker put American Airlines Employee Amber Sanders in charge of reaching out to me regarding me being illegally terminated from American Airlines Inc. In the recording which I have sent to your court, you are able to hear the entire conversation between Antony Aeneas Daniels and Amber Sanders. In this recording Amber Sanders did not offer Plaintiff Antony Aeneas Daniels a resolution(answers and solutions) to his complaint regarding being illegally terminated because of workplace bullying. Plaintiff Antony Aeneas Daniels also made it know to Amber Sanders that he was banned from flying on American Airlines WELL BEFORE he was terminated, though American Airlines stated that he carried out job abandonment. This is not the case. I contacted Chet White to ask when I could return to work and he never returned my phone calls. **Amber Sanders is guilty of failure to act, because during the phone conversation (which is contained on the USB/Flash Drive which the Eastern District Court of New York has in its possession) between plaintiff and Amber Sanders, Amber Sanders suggests that Plaintiff Antony Aeneas Daniels should not continue to call to American Airlines, despite Plaintiff Antony Aeneas Daniels stating that he still does not know the reasons as to why he was banned while stating that IT does not add up to be banned weeks before being terminated, if an employee truly did something worthy of being terminated and banned.**

2. The American Airlines Employee Handbook for Flight Service Managers will outline the fiduciary duties which Charlene Howell held with American Airlines flight attendants at the time the incident, this will establish that there was INDEED A BREACH IN FIDUCIARY DUTIES. Plaintiff states that Charlene Howell held friendly(not professionally motivated) relationship with the flight attendants who participated in workplace bullying, and this is what led to Charlene Howell breaching fiduciary duties which he held as a Flight Service Manager to New York based flight attendants at American Airlines Inc. Charlene Howell held the responsibility of defending ALL FLIGHT ATTENDANTS

**without bias, yet she acted illegally and against American Airlines policy by defending flight attendants who were acquaintances rather than establishing an investigation to get both sides of the "story". Charlene Howell made no attempt to be effective at resolving the issue which was at hand, and this contributed to the illegal termination of Antony Aeneas Daniels from his flight attendant position at American Airlines Inc. * FIDUCIARY DUTY INCLUDES BEING LOYAL AND HONEST and these actions were not present in the decision making process of Charlene Howell when plaintiff was suspended from work without there being any questioning involved to determine whether the plaintiff was in fact innocent or guilty.**
        ***  Plaintiff was asked if he felt bullied by his colleagues on his flights, and Plaintiff immediately stated "yes", AND AFTER THIS STATEMENT, Plaintiff Antony Aeneas Daniels had his company keys and Crew Member ID card confiscated.**

3. American Airlines Inc. is response for violating legal code <u>Penal Law 175.05(1). This code entails Falsifying Business Records.</u>    American Airlines is also guilty of violating <u>NY Penal Law 175.10. Legal code</u> NY Penal Law 175.10 is centered on one's intent to hide the commission of another crime or to assist in the commission of that other crime. The falsification of documents was carried out by Chet White who was the Base Manager for American Airlines Flight Attendants based in New York. Plaintiff was terminated without cause, and American Airlines alleges that plaintiff refused to return to work. ADDITIONALLY, CHET WHITE AND OTHER MEMBERS OF THE MANAGEMENT TEAM ARE RESPONSIBLE FOR MAKING A FALSE STATEMENT TO LAW ENFORCEMENT OFFICERS AT LGA AIRPORT. THIS FALSE STATEMENT WAS PREMEDITATED AND DESIGNED TO SERVE AS A WEAPON OF WORKPLACE BULLYING AND WORKPLACE RETALIATION IN ORDER TO HARM AN American Airlines INC. EMPLOYEE(PLAINTIFF). Please refer to **New York State Penal Law §210.45**This is another reason why American Airlines Inc. refuses to provide plaintiff Antony Aeneas Daniels with a letter of termination. American Airlines Inc. used a police officer stationed at LGA Airport to take a false report, and American Airlines Inc. does not want Judge Brodie and Judge Pollak to learn of this reality. Why is American Airlines aiming to keep this reality from Judge Brodie and Judge Pollak? American Airlines Inc. is aiming to keep this reality out of the Eastern District Court of New York, because evidence of this police report will expose a long-hidden truth: this evidence will prove that plaintiff was FIRST BANNED and LATER ILLEGALLY FIRED from American Airlines AND THIS EVIDENCE IS KEY TO SHOWING THAT American Airlines LIED TO THE NY DEPARTMENT OF LABOR AND ALSO LIED IN PLAINTIFF'S EMPLOYMENT RECORDS WHEN IT DOCUMENTED THAT THE PLAINTIFF IS SEPARATED FROM EMPLOYMENT AT American Airlines AS A RESULT OF "JOB ABANDONMENT". ALSO, REVELATION OF THE DATE WHICH SHOWS THAT PLAINTIFF WAS FIRST BANNED AND LATER ILLEGALLY TERMINATED WILL SHOW THAT PLAINTIFF Antony Aeneas Daniels REALLY IS A VICTIM OF WORKPLACE RETALIATION AND THIS IS THE REASON BEHIND WHY HE IS NO LONGER EMPLOYED AS A FLIGHT ATTENDANT AT AMERICAN AIRLINES INC.

4. American Airlines Inc. is also responsible for NOT informing employee/plaintiff Antony Aeneas Daniels that he was terminated from his professional role of flight attendant at American Airlines Inc. American Airlines Inc is responsible for violating

**New York Labor Law § 195(6)** Plaintiff Antony Aeneas Daniels was neither informed verbally nor via a written notice. Chet White, Felix Elias-Rivera, and all of the other defendants mentioned in this complaint against American Airlines Inc. held the professional and legal role of informing plaintiff Antony Aeneas Daniels that he was terminated from his role of flight attendant, AND THIS ACTION NEVER TOOK PLACE. Even on this day, Plaintiff Antony Aeneas Daniels has not received written documentation from American Airlines Inc, or the Association for Professional Flight Attendants regarding the reasons as to why American Airlines Inc. has decided to terminate flight attendant Antony Aeneas Daniels. Also, American Airlines has not informed plaintiff Antony Aeneas Daniels as to the workplace violations which resulted in him being placed on SUSPENSION and LATER FIRED. **American Airlines is responsible for violating New York Labor Law § 195(6). This specific labor law states that employers are required to provide written notice to any employee terminated from employment with "the exact date of such termination as well as the exact date of the cancellation of employee benefits connected with such termination." This written notice must be provided within five working days after the employment relationship has ended. This notice requirement applies not only to those employees whose employment is terminated by the employer, but also to those employees who leave the employer because they resign, quit, retire or are laid off.** This means that regardless of whether American Airlines Inc. stated that plaintiff Antony Aeneas Daniels was terminated or he abandoned his job/quit, plaintiff Antony Aeneas Daniels was still entitled to received a written notice outlining/summarizing his termination. ***** Plaintiff states that this never took place because American Airlines Inc. never intended to provide this letter to the plaintiff because his illegal termination for the company was a result of workplace retaliation and workplace bullying AND providing the plaintiff with such a letter would ensnare American Airlines Inc. for its illegal involvement in unjustifiably dismissing an employee who committed no workplace violations. ******* Also, outlined in the telephone conversation between Plaintiff Antony Aeneas Daniels and Amber Sanders(the representative for American Airlines who CEO Douglas Parker put in charge of handling my situation), Plaintiff Antony Aeneas Daniels brought it to the attention of Amber Sanders that he never was given a termination letter or informed as to the reasons why he was terminated from his position as a flight attendant at American Airlines Inc., and Amber Sanders informed Antony Aeneas Daniels that American Airlines has its own reasons for not letting employees know why they have been terminated, and American Airlines Inc. has a right to refuse to provide an employee with a letter of termination after an employee has been terminated. The responses of Amber Sanders are defended as "misinformation", and this is because **New York Labor Law § 195(6) clearly states otherwise: his specific labor law states that employers are required to provide written notice to any employee terminated from employment with "the exact date of such termination as well as the exact date of the cancellation of employee benefits connected with such termination." This written notice must be provided within five working days after the employment relationship has ended. This notice requirement applies not only to those employees whose employment is terminated by the employer, but also to those employees who leave the employer because they resign, quit, retire or are laid off. PLAINTIFF ANTONY AENEAS DANIELS IS BRINGING IT TO THE ATTENTION OF THE EASTERN DISTRICT**

**COURT OF NEW YORK IS IN POSSESSION OF THIS SPECIFIC TELEPHONE CONVERSATION BETWEEN PLAINTIFF ANTONY AENEAS DANIELS AND DEFENDANT AMERICAN AIRLINES. THIS TELEPHONE CONVERSATION IS CONTAINED ON A USB DRIVE WHICH PLAINTIFF ANTONY AENEAS DANIELS HAS MAILED TO THE EASTERN DISTRICT COURT OF NEW YORK.**

5. American Airlines Inc. is also responsible for breaching the contact between American Airlines Inc. and flight attendant Antony Aeneas Daniels. **"The elements of a cause of action for breach of contract are (1) formation of a contract between plaintiff and defendant, (2) performance by plaintiff, (3) defendant's failure to perform, [and] (4) resulting damage."** . American Airlines Inc. breached the contact between flight attendant Antony Aeneas Daniels and American Airlines Inc. because the path which it took in order to illegally terminate flight attendant Antony Aeneas Daniels did not follow the protocol outlined in the employee/flight attendant contact which was signed by flight attendant Antony Aeneas Daniels on September 2014, when flight attendant Antony Aeneas Daniels accepted employment as a full-time flight attendant at American Airlines Inc. Plaintiff Antony Aeneas Daniels states that he was placed on "PAID WITHHELD" status which is synonymous with being temporarily suspended from working as a flight attendant. Plaintiff Antony Aeneas Daniels states that when an employee is placed on "PAID WITHHELD" is so that American Airlines Inc. can conduct an investigation regarding an incident which took place in the workplace. Plaintiff Antony Aeneas Daniels states that an investigation was never conducted and that he was illegally terminated from employment at American Airlines. American Airlines Inc. breach the contract which it held between itself and the plaintiff when the method of termination did not align with company protocol. Plaintiff states that he was bullied by employees at American Airlines Inc. and this is why employees at American Airlines Inc. deviated from the normal procedure of legally terminating a flight attendant/employee. Plaintiff states that the only way for American Airlines Inc. managers to terminate his employment was to do so in an illegal manner, and this is the reason why he was terminated illegally. Plaintiff claims that Honorable Judge Pollak and Honorable Judge Brodie are able to learn of this reality by requesting that Attorney Daniel Gomez-Sanchez providing a record of the plaintiffs contract AND also providing proof of the date that plaintiff was banned from flying on flights of American Airlines Inc. and also the documented date of termination. Plaintiff states that Honorable Judge Pollak and Honorable Judge Brodie are able to CONFIRM that American Airlines Inc. is responsible for breaching the contract between itself and the plaintiff by seeing how the dates of termination does not align with the date in which the plaintiff was banned. MOST IMPORTANTLY, combining the DATE OF SEPARATION FROM EMPLOYMENT AT American Airlines Inc. with the DATE THAT PLAINTIFF WAS BANNED FROM FLYING ON American Airlines with the statements of AMBER SANDERS contained on the USB Thumb Drive which is in the possession of the Eastern District Court of New York, Judge Pollak and Judge Brodie are able to confirm that American Airlines breached the contract held between the plaintiff and the defendant. The recording captures Amber Sanders stating that plaintiff committed "job abandonment" and this is why he is no longer employed, and the date of passenger banning from flying on American Airlines Inc. combined with the date in which American Airlines states that plaintiff Antony Aeneas Daniels ceased to work at American Airlines Inc. will show that American Airlines Inc. was dishonest in

their dealings, and this means that American Airlines Inc. did commit workplace retaliation, workplace bullying, and also did breach the contract between employee and plaintiff. the facts mentioned in this paragraph can be substantiated IF/WHEN Honorable Judge Brodie and Honorable Judge Pollak request that Attorney Gomez-Sanchez provide evidence of the plaintiffs contract, plaintiffs last date of employment, and documentation confirming that plaintiff Antony Aeneas Daniels was banned from flying as a passenger on American Airlines Inc. I am not a legal professional, therefore American Airlines Inc. is not obligated to release this documentation to plaintiff despite the fact that the requested documentation is concerning the plaintiff and his employment at American Airlines Inc.

6. Plaintiff Antony Aeneas Daniels states that American Airlines Inc. is responsible for tampering with evidence. Additionally, American Airlines is responsible for canceling evidence. These two legal infractions align with **NY Legal Code 215.40.**

1. **Firstly, plaintiff claims that Chet White and other members of the American Airlines Management Team tampered with plaintiff's employee file in order to commit WORKPLACE BULLYING, WORKPLACE RETALIATION, AND ILLEGAL TERMINATION. Chet White and other members of the American Airlines Inc. management team stated that plaintiff Antony Aeneas Daniels quit his job at American Airlines Inc. by means of "job abandonment". Plaintiff is requesting to view the documentation which supports this statement of American Airlines. Why is the plaintiff seeking to view the document supporting this claim of American Airlines. Plaintiff Antony Aeneas Daniels would like to view the document outlining this claim because this specific document could answers pressing and unresolved questions held by the plaintiff. The unresolved questions of the plaintiff are as follows: "when was the plaintiff banned from flying on American Airlines", "When plaintiff was banned from flying on American Airlines, was he still employed as a flight attendant", "When was was the plaintiffs last day of employment at American Airlines Inc", "What did American Airlines Inc. report to the NY Department of Labor regarding plaintiffs unemployment insurance application", and "why has American Airlines Inc. not supplied plaintiff with a termination letter AND/OR a letter outlining the company rule violations which led to the plaintiff being suspended, terminated, and banned from flying on American Airlines".**

2. **Secondly, plaintiff clams that American Airlines Inc. is responsible for concealing evidence, because plaintiff has numerous email records spanning over 3 years where he has taught to obtain his termination letter AND/OR the reasons behind why he was placed on suspension "PAID WITHHELD" status and the reason behind why he was terminated and banned from flying on American Airlines Inc. Plaintiff Antony Aeneas Daniels contacted CEO Douglas Parker, Amber Sanders, Nena Martin, Felix Elias-Rivera, and over 15 members of the flight attendant union for American Airlines flight attendants, YET nobody has honored plaintiff's request to obtain a copy of his termination letter and/or document outlining the reasons as to why he FIRST banned and LATER terminated, though the company blames plaintiff for his discontinuation in employment STATING THAT PLAINTIFF IS RESPONSIBLE FOR "JOB ABANDONMENT. \*\*\*\* Plaintiff Antony Aeneas Daniels has brought it to the attention of multiple American Airlines employees that IT IS IMPOSSIBLE TO**

COMMIT JOB ABANDONMENT WHEN THE EMPLOYEE IS BANNED FROM ENTERING THE WORKPLACE. Plaintiff states that American Airlines Inc. management members who he has called on for assistance have turned a blind eye to to Antony plea for help and a resolution. ********** It is also extremely important for plaintiff to bring it to the attention of Honorable Judge Pollak and Honorable Judge Brodie that it is illegal for a New York employer to terminate an employee without providing him/her with a letter outlining <u>American Airlines is responsible for violating New York Labor Law § 195(6). This specific labor law states that employers are required to provide written notice to any employee terminated from employment with "the exact date of such termination as well as the exact date of the cancellation of employee benefits connected with such termination." This written notice must be provided within five working days after the employment relationship has ended. This notice requirement applies not only to those employees whose employment is terminated by the employer, but also to those employees who leave the employer because they resign, quit, retire or are laid off.</u>  Plaintiff Antony Aeneas Daniels states that American Airlines Inc. failed to provide him with a letter of termination, and plaintiff states that American Airlines Inc had a motive for not fulfilling this obligation. American Airlines inc. did not carry out this obligation of providing a letter of termination because American Airlines Inc. is aware that it is impossible to state that plaintiff is responsible for "job abandonment" when he was first banned from flying on American Airlines. Plaintiff would like to bring it to the attention of Judge Brodie and Judge Pollak that American Airlines caught to cancel its illegal actions, and American Airlines was aware that providing the plaintiff with a letter of termination would expose the illegal workplace actions of workplace bullying and workplace retaliation. SOME MIGHT ASK: "if American Airlines thought to conceal its actions after they were committed, why did American Airlines not think to act differently SO THAT THERE WOULD BE NOTHING TO CONCEAL? The answer to this question is simple: the reason why American Airlines did not think to act differently so that there would be nothing to conceal is because American Airlines Inc. consists of many employees, and it is impossible for everyone to act on one accord AND this means that the actions of one can not be controlled by EVERYONE, and this is the reason why other members of American Airlines Inc. management are adamant about CONCEALING EVIDENCE because at this point, it is too late to undo the actions of Chet White and Felix Elias-Rivera, but it is NOT TOO LATE to conceal incriminating evidence which has the potential to expose the illegally actions of American Airlines Inc. management members. American Airlines DOES NOT WANT TO ADMIT THAT PLAINTIFF BANNED FROM FLYING ON American Airlines HOURS BEFORE HE WAS FORCED ON A FLIGHT FROM NEW YORK(LGA) TO CHICAGO(ORD). This admission would show that plaintiff's banning from flying on American Airlines was motivated by WORKPLACE BULLING and WORKPLACE RETALIATION.

**Honorable Judge Brodie and Honorable Judge Pollak, I request that you please listen to the recording which is currently in the possession of the Eastern District Court of New York AND THEN REREAD THE REASONS WHY I FEEL THAT IT IS NECESSARY TO SEEK DAMAGES AND A RESOLUTION FROM American Airlines INC. Perhaps, the reality and severity of my situation will "click" this time around. I**

have outline many disappointing realities regarding being professionally and legally wronged by my former employer(American Airlines Inc.), and I am asking you(honorable Judge Brodie and Honorable Judge Pollak) to "play God" for a moment so that you can follow your intuition and not allow unjust actions go unpunished. I also ask that you "play God" because God would understand that I have no legal background, and I am forced to defend myself against a large corporation and a legal professional because all lawyers are timid to take on my case. The third reason why I am asking you to "play God", because I need a resolution, and I see the fulfillment of Psalm 30:5 which states that "Weeping may endure for a night but joy comes I the morning". American Airlines is a prime example of Proverbs 29:2 which states that "When the righteous are in authority, the people rejoice: but when the wicked bearer rule, the people mourn". This scripture not only reminds me of the reality which is currently at play at American Airlines, but it also allows me to say that Attorney Daniel Gomez-Sanchez is unethical because he espouses "cat and mouse" games, though he has researched the validity of the claims which I have made to the Eastern District Court of New York, and also to the Queens County Civil Supreme Court regrind the blatant acts of aggression which American Airlines Inc. carried out against me. Though Attorney Daniel Gomez-Sanches has studied the realities in this case, he still movies forward in aiming to conceal evidence which is key to justice being obtained. I do not have faith that as a PRO SE plaintiff the Eastern District Court of New York is the place where my case is given a "fair chance". My goal is to flourish and progress so that justice can be obtained, and though my experience of having my case remain in the Eastern District Court of New York, I do not believe that I will be given the attention which is necessary for American Airlines Inc. to face punishment for the injustice which it is responsible for committing toward me. This is the reason why I have requested to have my case TRANSFERRED BACK to the Queens County Civil Supreme Court of New York. **** Additionally, I must state that I believe that Attorney Daniel Gomez-Sanchez naught to transfer this case to your courtroom because he was aware that he wold have a higher likely hood of succeeding at getting American Airlines Inc. out of the hole which it dug for itself. I believe that if my case is transferred back to the Queens County Civil Supreme Court, the FACTS and EVIDENCE which I bring to the table will aid me in obtaining a just resolution. Ultimately, my goal is to win, and I believe that with the evidence which I have against against American Airlines, I am should win.

LASTLY, I ask that you please request Attorney Daniel Gomez-Sanches to present evidence designed to discredit the claims which I have made against American Airlines. The reality of the matter is that Attorney Daniel Gomez-Sanchez has no evidence against the plaintiff, because the plaintiff is the one who has been wronged.

**DAMAGES:**
1. <u>10,000 USD</u>
2. <u>BACKPAY</u>
3. <u>A WRITTEN APOLOGY</u>
4. <u>A VOCAL APOLOGY</u>

5. <u>**REINSTATEMENT OF ZED (ID-90 AIRFARE)**</u>
6. <u>**A LETTER OF RECOMMENDATION FROM CEO OF AMERICAN AIRLINES(DOUGLAS PARKER)**</u>
7. <u>**AN APOLOGY FROM ATTORNEY DANIEL GOMEZ-SANCHEZ**</u>
8. <u>**A COPY OF TERMINATION LETTER**</u>
9. <u>**A COPY OF POLICE REPORT FROM BEING BANNED**</u>
10. <u>**BEING UNBANNED FROM FLYING ON AMERICAN AIRLINES INC.**</u>


Respectfully,

*Antony Aeneas Daniels*

**Antony Aeneas Daniels**